McGREGOR W. SCOT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00298-SAB |
|---|---|
| Plaintiff, | [Citations #7418150 AND 7418144 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| NOAH R. BOYD, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00298-SAB [Citations #7418150 and 7418144 CA/74] against NOAH R. BOYD without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 16, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00298-SAB [Citations #7418150 and 7418144 CA/74] against NOAH R. BOYD be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**January 16, 2019**__

UNITED STATES MAGISTRATE JUDGE